

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2015

No. 04-14-00886-CV

**CITY OF SAN ANTONIO**, et. al.,
Appellants

v.

**HAYS STREET BRIDGE RESTORATION GROUP**, et. al.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

# O R D E R

On January 26, 2015, Appellant City of San Antonio filed a docketing statement objecting to being referred to mediation by this court. On January 28, 2015, Appellee Hays Street Bridge filed a motion requesting this matter be referred to mediation. Because this matter has not yet been formally mediated by the parties, this court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.021 (West 2011). All further communications with this court by the parties regarding ADR shall be directed to the Clerk of the Court for any assistance in the mediation process.

All parties are ORDERED to respond in writing by **February 23, 2015**, stating: (1) the name, address, and fee schedule of the mediator of their choice; or (2) that they cannot agree on a mediator, in which case the court will appoint one.

It is FURTHER ORDERED that mediation shall commence at such place as the Mediator may designate and proceed in accordance with the schedule set by the Mediator until completed, but in any event, the mediation shall be completed no later than forty-five days from the date this court receives notice of the parties' choice of mediator. The Mediator shall file with the Clerk of Court, within three days of the completion of the mediation, a written report concerning the disposition of this appeal.

It is FURTHER ORDERED that the Mediator shall be compensated and that parties in this cause shall be equally responsible for its share of this obligation. Mediation fees shall ultimately be taxed as costs of court. *See id.* § 154.054.

It is FURTHER ORDERED that all parties to this cause are directed to attend the Mediated Settlement Conference with their counsel of record. The corporate party representative

in attendance and the individual party representatives shall have full authority to settle up to and including the judgment amount. To facilitate this procedure, the Mediator shall encourage and assist, but will not compel or coerce the parties in reaching a settlement of the dispute. Unless the parties otherwise agree, all matters, including the conduct and demeanor of the parties and their counsel during mediation, shall remain confidential and shall never be disclosed to anyone, including this Court. *See id.* § 154.053.

Provided the parties are able to settle all matters related to this appeal, the parties are directed to file a joint motion requesting an appropriate disposition of this appeal within thirty days of the date of mediation.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2015.

Keith E. Hottle
Clerk of Court